AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| <u>XL SPECIALTY INSURANCE COMPANY</u><br>*Plaintiff*<br>v.<br><u>PRESTIGE FRAGRANCE, INC.</u><br>*Defendant* | )<br>)<br>) Case No.  18-CV-733 (PGG)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Defendant/Counterclaim-Plaintiff Prestige Fragrance, Inc.</u>

Date:   <u>03/15/2018</u>

<u>/s/ Dennis J. Nolan</u>
*Attorney's signature*

<u>Dennis J. Nolan</u>
*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020

*Address*

<u>dnolan@andersonkill.com</u>
*E-mail address*

<u>(212) 278-1000</u>
*Telephone number*

<u>(212) 278-1733</u>
*FAX number*