UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE FRAGRANCES, INC.<br><br>Defendant. | Civil Action No.: 1:18-cv-00733<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |
| PRESTIGE FRAGRANCES, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>XL SPECIALTY INSURANCE COMPANY<br><br>Counterclaim-Defendant. | |

The motion of Applicant, Louis H. Kozloff, for admission to practice Pro Hac Vice in the above-captioned is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Louis H. Kozloff |
| Firm Name: | Goldberg Segalla LLP |
| Address: | 1700 Market Street, Suite 1418 |
| City/State/Zip: | Philadelphia, PA 19103 |
| Telephone: | (267) 519-6800 |
| Fax: | (267) 519-6801 |
| Email Address: | lkozloff@goldbergsegalla.com |

8297151.1

Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiff and Counterclaim-Defendant XL Specialty Insurance Company in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 24, 2018

_____
United States District Judge

8297151.1