**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/18

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, | Civil Action No.: 1:18-cv-00733 |
| Plaintiff, | **ORDER FOR ADMISSION** |
| v. | **PRO HAC VICE** |
| PRESTIGE FRAGRANCES, INC. | |
| Defendant. | |
| PRESTIGE FRAGRANCES, INC., | |
| Counterclaim-Plaintiff, | |
| v. | |
| XL SPECIALTY INSURANCE COMPANY | |
| Counterclaim-Defendant. | |

The motion of Applicant, Hillary N. Ladov, for admission to practice Pro Hac Vice in the above-captioned is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Hillary N. Ladov |
| Firm Name: | Goldberg Segalla LLP |
| Address: | 1700 Market Street, Suite 1418 |
| City/State/Zip: | Philadelphia, PA 19103 |
| Telephone: | (267) 519-6800 |
| Fax: | (267) 519-6801 |
| Email Address: | hladov@goldbergsegalla.com |

Applicant having requested admission Pro Hac Vice for all purposes as co-counsel for Plaintiff and Counterclaim-Defendant XL Specialty Insurance Company in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 11, 2018

United States District Judge

8915837.v1