UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/18

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

     - against -

PRESTIGE FRAGRANCES, INC.,

              Defendant.

**ORDER**

18 Civ. 733 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Plaintiff's motion to dismiss and/or strike Defendant's Amended Answer and Counterclaims:

1. Plaintiff's motion is due on **June 05, 2018**;

2. Defendant's opposition is due on **June 26, 2018**; and

3. Plaintiff's reply, if any, is due on **July 06, 2018**.

Dated: New York, New York
     May 15, 2018

                        SO ORDERED.

                        Paul G. Gardephe
                        United States District Judge