

Louis H. Kozloff | Partner
Direct 267.519.6821 | lkozloff@goldbergsegalla.com

July 6, 2018

**VIA ECF & Courtesy Copy via U.S. Mail**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      Re:    **XL Specialty Insurance Company v. Prestige Fragrances, Inc.
Case No. 18-cv-00733 (PGG)**

Dear Judge Gardephe:

    I am writing on behalf of Plaintiff and Counterclaim-Defendant, XL Specialty Insurance Company ("XL Specialty") to request oral argument on XL Specialty's Motion to Dismiss Claims and Strike Allegations of the Second Amended Complaint.

    XL Specialty's Motion is fully briefed and has been filed with the Court today. Courtesy copies of XL Specialty's Motion, Memorandum in Support and Reply in Further Support thereof are enclosed with the copy of this letter delivered by U.S. Mail.

    Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      **GOLDBERG SEGALLA LLP**

                                      Louis H. Kozloff

LHK:tg

Enclosures

cc:    All Counsel of Record (w/o enclosures *via* ECF)