UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESTIGE FRAGRANCES, INC.,<br><br>　　　　Defendant.<br><br>―――――――――――――――――――<br><br>PRESTIGE FRAGRANCES, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　Counterclaim-Defendant. | Civil Action No.: 1:18-cv-00733<br><br>**STIPULATION AND ORDER<br>TO EXTEND DEADLINES** |

　　　　WHEREAS the undersigned counsel for both parties seek to extend certain deadlines established in the May 1, 2018 Civil Case Management Plan and Scheduling Order in the above-captioned action by approximately thirty (30) days;

　　　　WHEREAS the parties have not previously requested an extension of the deadlines of the Civil Case Management Plan and Scheduling Order;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the dates in the Civil Case Management Plan and Scheduling Order in the above-captioned action are modified as follows:

1. The parties must complete fact discovery no later than October 15, 2018;

2. The parties must complete fact witness depositions no later than October 15, 2018;

3. The parties must complete expert discovery no later than December 7, 2018;

4. Every party-proponent that intends to offer expert testimony in respect of a claim – including any counterclaim, cross-claim or third-party claim – must make disclosures required by Federal Rule of Civil Procedure 26(a)(2) by October 26, 2018;

5. Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by November 16, 2018;

6. Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices, by December 7, 2018. Opposition letters are due December 14, 2018; and

7. The next pretrial conference is scheduled for October 25, 2018 at 10:00 am.

Dated: New York, New York
September 7, 2018

| | |
|---|---|
| **GOLDBERG SEGALLA LLP** | **ANDERSON KILL, P.C.** |
| /s/ Louis H. Kozloff | /s/ Dennis J. Nolan |
| Todd D. Kremin | Joshua Gold |
| 711 3rd Avenue, Suite 1900 | Dennis J. Nolan |
| New York, NY 10017-4013 | 1251 Avenue of the Americas |
| (646) 292-8700 | New York, NY 10020 |
| | (212) 278-1800 |
| Louis H. Kozloff | |
| Hillary N. Ladov | |
| 1700 Market Street, Suite 1418 | |
| Philadelphia, PA 19103 | |
| (267) 519-6800 | |
| Dated: New York, New York | **SO ORDERED.** |
| September ___, 2018 | |

_____
Paul G. Gardephe
United States District Judge

2

20698817.v2