UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

- against -

PRESTIGE FRAGRANCES, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/18
```

**AMENDED
CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

18 Civ. 733 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      After consultation with counsel for the parties, the Court modifies the May 02, 2018 Civil Case Management Plan and Scheduling Order (Dkt. No. 17) as follows:

1. The parties must complete <u>fact</u> discovery no later than __October 15, 2018__.

    a. Complete depositions of fact witnesses by __October 15, 2018__.

2. The parties must complete <u>expert</u> discovery no later than __December 7, 2018__.

    a. Every party-proponent that intends to offer expert testimony in respect of a claim – including any counterclaim, cross-claim or third-party claim – must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by October 26, 2018. Every party-opponent of such claim that intends to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by _November 16, 2018_.

3. No later than 14 days following the close of fact discovery, all counsel must meet face-to-face for at least one hour to discuss settlement.

4. Parties seeking to make post-discovery dispositive motions should submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by December 7, 2018. Opposition letters are due December 14, 2018.

5. The pretrial conference previously scheduled for October 04, 2018 is adjourned to _October 25, 2018 at 10:00 a.m_.

6. All other portions of this Court's Civil Case Management Plan and Scheduling Order (Dkt. No. 17) remain in full effect.

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend must be made in a written application in accordance with the Court's Individual Practices.

Dated: New York, New York
September 14, 2018

SO ORDERED.

*Paula Gardephe* (signature)
Paul G. Gardephe
United States District Judge