UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

XL SPECIALTY INSURANCE
COMPANY,

               Plaintiff,

- against -

PRESTIGE FRAGRANCES, INC.,

               Defendant.

**ORDER**

18 Civ. 733 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for October 25, 2018 is adjourned to **Thursday, November 29, 2018 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 24, 2018

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge