**GOLDBERG SEGALLA**<sup>LLP</sup>

Louis H. Kozloff | Partner
Direct 267.519.6821 | LKozloff@goldbergsegalla.com

February 28, 2019

**VIA ECF & Courtesy Copy via Overnight Mail**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      Re:      **XL Specialty Insurance Company v. Prestige Fragrances, Inc.**
                  **Case No. 18-cv-00733 (PGG)**

Dear Judge Gardephe:

      Plaintiff and Counterclaim-Defendant, XL Specialty Insurance Company ("XL") and Defendant and Counterclaim-Plaintiff Prestige Fragrances, Inc. jointly and respectfully request oral argument on XL's Motion for Summary Judgment filed concurrently herewith.

      XL's Motion is fully briefed and has been filed with the Court today pursuant to the bundling rule. Courtesy copies of XL's Motion and supporting Memorandum of Law and Rule 56.1 Statement and XL's Reply Memorandum in Further Support of its Motion and Reply to Prestige's Rule 56.1 Statement are enclosed with the copy of this letter being delivered by overnight mail.

      Respectfully submitted,

**GOLDBERG SEGALLA LLP**

*[signature]*

Louis H. Kozloff

LHK

Enclosures

cc:      All Counsel of Record (w/o enclosures *via* ECF)