UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PRESTIGE FRAGRANCES, INC., <br><br> Defendant. <br> _____ <br><br> PRESTIGE FRAGRANCES, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> XL SPECIALTY INSURANCE COMPANY, <br><br> Counterclaim-Defendant. | Civil Action No.: 1:18-cv-00733 <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE,** that upon the January 14, 2019 Motion, Memorandum of Law, Statement of Facts and Declarations submitted therewith, Plaintiff and Counterclaim-Defendant XL Specialty Insurance Company ("XL") by and through its undersigned attorneys, will move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, **on a date and time to be determined by the Court**, for an order:

1. Granting summary judgment to XL on its Amended Complaint and entering judgment that the following insurance policies issued to Prestige Fragrances, Inc. are rescinded and void <u>ab initio</u>: Policy Number UM00031200MA14A; Policy Number UM00031200MA15A; and Policy Number UM00031200MA16A; and

2. Dismissing with prejudice all counts and causes of action asserted in the Third Amended Counterclaim of Defendant and Counterclaim Plaintiff Prestige Fragrances, Inc.

January 14, 2019                                    Respectfully submitted,

**GOLDBERG SEGALLA LLP**

/s/ Louis H. Kozloff
Todd D. Kremin
711 3rd Avenue, Suite 1900
New York, NY 10017-4013
(646) 292-8700

Louis H. Kozloff
Hillary N. Ladov
1700 Market Street, Suite 1418
Philadelphia, PA 19103
(267) 519-6800

*Attorneys for Plaintiff/Counterclaim-Defendant*
*XL Specialty Insurance Company*

To:  Joshua Gold
     Dennis J. Nolan
     ANDERSON KILL, P.C.
     1251 Avenue of the Americas
     New York, NY 10020-1182
     *Attorneys for Defendant/Counterclaim-Plaintiff*
     *Prestige Fragrances, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, Plaintiff XL Specialty Insurance Company's Motion for Summary Judgment, Memorandum of Law and Statement of Facts and Declarations in support thereof were served by Federal Express and email upon counsel of record listed below:

Joshua Gold
Dennis J. Nolan
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
jgold@andersonkill.com
dnolan@andersonkill.com

    /s/ Louis H. Kozloff
    Louis H. Kozloff