# APPENDIX TO

# XL'S LOCAL RULE 56.1 STATEMENT OF FACTS

**TABLE OF CONTENTS**

Declaration of Hillary N. Ladov .......... Exhibit A

Amended Complaint (ECF No. 47) .......... Exhibit 1

Third Amended Answer and Counterclaim (ECF No. 48) .......... Exhibit 2

Rao Sunkara Deposition Transcript .......... Exhibit 3

7/10/17 Correspondence .......... Exhibit 4

1/26/18 Correspondence .......... Exhibit 5

2/6/18 Correspondence .......... Exhibit 6

Summary of Purchases .......... Exhibit 7

Summary of Claimed Inventory .......... Exhibit 8

2014 Policy .......... Exhibit 9

2015 Policy .......... Exhibit 10

2016 Policy .......... Exhibit 11

Stephen Lauria Deposition Transcript .......... Exhibit 12

Expert Report of Stephen W. Connor .......... Exhibit 13

Thomas Votinelli Deposition Transcript .......... Exhibit 14

2010 Loss Inventory Claim .......... Exhibit 15

2010 Loss Property Claim .......... Exhibit 16

2012 Loss Claim .......... Exhibit 17

2013 Loss Claim .......... Exhibit 18

Frenkel Website .......... Exhibit 19

9/5/14 Correspondence Frenkel to Prestige .......... Exhibit 20

9/5/14 Correspondence Frenkel to Navigators .......... Exhibit 21

9/5/14 Submission .......... Exhibit 22

Insurance Producer Agreement .......... Exhibit 23

Andrew D'Alessio Deposition Transcript ........ Exhibit 24

9/5/14 Correspondence XL to Frenkel ........ Exhibit 25

2014 Quote ........ Exhibit 26

9/11/14 Request to Bind ........ Exhibit 27

9/11/14 Response to Request to Bind ........ Exhibit 28

9/11/14 Votinelli Response to Nolan ........ Exhibit 29

2014 Underwriting Rationale ........ Exhibit 30

9/11/14 Internal Frenkel Correspondence ........ Exhibit 31

9/12/14 Correspondence ........ Exhibit 32

Email Containing Loss Runs ........ Exhibit 33

8/6/15 Correspondence ........ Exhibit 34

2015 Quote ........ Exhibit 35

2015 Quote Correspondence ........ Exhibit 36

2015 Renewal Underwriting Rationale ........ Exhibit 37

8/1/16 Correspondence ........ Exhibit 38

Correspondence Regarding 2016 Renewal ........ Exhibit 39

2016 Renewal Underwriting Rationale ........ Exhibit 40

2016 Quote ........ Exhibit 41

9/7/16 Correspondence ........ Exhibit 42

9/15/16 Correspondence ........ Exhibit 43

Allan Myers Deposition Transcript ........ Exhibit 44

RRI Report ........ Exhibit 45

Rebuttal Expert Report of Robert Medeiros ........ Exhibit 46

Robert Medeiros Deposition Transcript ........ Exhibit 47

Declaration of Andrew D'Alessio ........ Exhibit B