## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I served a copy of:

- DEFENDANT AND COUNTERCLAIM-PLAINTIFF PRESTIGE FRAGRANCES, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF XL SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT;

- DEFENDANT AND COUNTERCLAIM-PLAINTIFF PRESTIGE FRAGRANCES, INC.'S RESPONSE AND STATEMENT OF ADDITIONAL MATERIAL FACTS TO PLAINTIFF AND COUNTERCLAIM-DEFENDANT XL SPECIALTY INSURANCE COMPANY'S LOCAL CIVIL RULE 56.1;

- APPENDIX TO PRESTIGE FRAGRANCES, INC.'S RESPONSE TO XL'S LOCAL RULE 56.1 STATEMENT OF FACT STATEMENT WITH EXHIBITS

by electronic mail and Federal Express on counsel for Plaintiff XL Specialty Insurance Company

at:

> Louis H. Kozloff, Esq.
> Hillary N. Ladov, Esq.
> Goldberg Segalla, LLP
> 1700 Market Street, Suite 1418
> Philadelphia, PA 19103-3907
> LKozloff@goldbergsegalla.com
> hladov@goldbergsegalla.com
>
> Todd D. Kremin, Esq.  (BY EMAIL ONLY)
> Goldberg Segalla, LLP
> 711 Third Avenue, Suite 1900
> New York, New York 10017-4013
> tkremin@goldbergsegalla.com

                                                   /s/  Dennis J. Nolan
                                                Dennis J. Nolan
                                                ANDERSON KILL, P.C.
                                                1251 Avenue of the Americas
                                                New York, NY  10020
                                                Telephone:  212-278-1000

                                                *Attorneys for Defendant/Counterclaim-Plaintiff* Prestige Fragrances, Inc.