UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PRESTIGE FRAGRANCES, INC. <br><br> Defendant. | Civil Action No.: 1:18-cv-00733 |
| PRESTIGE FRAGRANCES, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> XL SPECIALTY INSURANCE COMPANY <br><br> Counterclaim-Defendant. | ORDER |

The Motion of Attorney Hillary N. Ladov to Withdraw Appearance as Co-Counsel for Plaintiff and Counterclaim-Defendant XL Specialty Insurance Company in the above-captioned action is hereby **GRANTED**.

Dated: August 27, 2019

_____
United States District Judge