UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PRESTIGE FRAGRANCES, INC.<br><br>　　　　　　Defendant.<br>PRESTIGE FRAGRANCES, INC.<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Counterclaim-Defendant. | Civil Action No.: 1:18-cv-00733<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that Joanna L. Young of Kennedys CMK LLP hereby enters her appearance as counsel for Plaintiff/Counterclaim-Defendant, XL SPECIALTY INSURANCE COMPANY, in the above-entitled case. The Court and counsel are requested to serve Joanna L. Young of Kennedys CMK LLP with all pleadings, correspondence and notices.

Dated: New York, New York
　　　　September 13, 2019

　　　　　　　　　　　　　　　　　　KENNEDYS CMK LLP

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Joanna L. Young
　　　　　　　　　　　　　　　　　　*Plaintiff/Counterclaim-Defendant*
　　　　　　　　　　　　　　　　　*XL SPECIALTY INSURANCE COMPANY*
　　　　　　　　　　　　　　　　　570 Lexington Avenue, 8th Floor
　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　(212) 252-0004